IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PARIS WILLIAMS, : No. 3:25cv2294
:
        Plaintiff : (Judge Munley)
:
v. :
:
JENNIFER POLEMITIS, et al., :
:
        Defendants :
............................................................................................................

## ORDER

**AND NOW**, to wit, this 3rd day of December 2025, upon preliminary review of plaintiff's complaint (Doc. 1) pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis is **GRANTED**. (Doc. 2).

2. Plaintiff shall pay the full filing fee of $350.00, based on the financial information provided in the application to proceed in forma pauperis. The full filing fee shall be paid regardless of the outcome of the litigation.

3. Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Superintendent/ Warden, or other appropriate official at plaintiff's place of confinement is directed to deduct an initial partial filing fee of 20% of the greater of:

    a. The average monthly deposits in the inmate's prison account for the past six months, or

    b.    The average monthly balance in the inmate's prison account for the past six months.

The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number. In each succeeding month, when the amount in plaintiff's inmate trust fund account exceeds $10.00, the Superintendent/Warden, or other appropriate official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the above-captioned docket number.

4. The Clerk of Court is directed to **SEND** a copy of this order to the Superintendent/Warden of the institution wherein plaintiff is presently confined.

5. The complaint is **DEEMED** filed. (Doc. 1).

6. The complaint (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

7. Plaintiff may file a proposed amended complaint on or before December 17, 2025 to cure the deficiencies identified in the court's memorandum. Any amended complaint filed pursuant to this order shall be filed to the same docket number as the instant action and shall be complete in all respects. It shall be a new pleading that stands by itself as an adequate complaint under the Federal Rules of Civil Procedure.

8. Failure to timely file a proposed amended complaint will result in dismissal of this action without further notice of court.

9. Any appeal from this order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. 1915(a)(3).

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court