IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PARIS WILLIAMS, | : | No. 3:25cv2294 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| JENNIFER POLEMITIS, et al., | : | |
| Defendants | : | |

| | | |
|---|---|---|
| PARIS WILLIAMS, | : | No. 3:26cv65 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| CORRECTIONAL OFFICER CADDEN, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 14th day of January 2026, upon preliminary review of plaintiff's complaint (Doc. 1) filed in civil action number 3:26-cv-65, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a).

2. The Clerk of Court is directed to **CLOSE** case number 3:26-cv-65 and the case will proceed at case number 3:25-cv-2294.

3. The amended complaint filed in case number 3:25-cv-2294 at Doc. 11, and the complaint filed in case number 3:26-cv-65 at Doc. 1, together, will stand as the complaint in this consolidated action.

4. Hereafter, court pleadings and documents shall be filed only in consolidated case number 3:25-cv-2294.  The court will not accept pleadings filed in case number 3:26-cv-65.

5. Plaintiff's motion (Doc. 2) for leave to proceed in forma pauperis filed in case number 3:26-cv-65 is **DISMISSED**, as plaintiff has been granted to leave to proceed in forma pauperis in case number 3:25-cv-2294.

_____
JUDGE JULIA K. MUNLEY
United States District Court